UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

YASHICA DAVIS,

    Plaintiff,

v.                                                     Case No: 5:19-cv-367-Oc-30PRL

CLERMONT PEDIATRICS, P.A.,

    Defendant.

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. An Order Referring Case to Mediation and Directing Selection of a Mediator (Dkt. 12) was entered on February 26, 2020. A review of the file indicates that the parties have failed to comply with this Court's Order directing selection of a mediator and a mediation date. A Mediation Notice has not been filed in the Court file.

Accordingly, it is ORDERED AND ADJUDGED that the parties shall **within fourteen (14) days** from the date of this Order **show cause, in writing**, why the parties have failed to comply with this Court's Order.

**DONE** and **ORDERED** this 14th day of April, 2020, at Tampa, Florida.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record