UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.    5:19-cv-367-JSM-PRL

YASHICA DAVIS,

     Plaintiff(s),

vs.

CLERMONT PEDIATRICS,

     Defendant(s).

_____/

**NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | July 15, 2020 |
| TIME: | 10:00 a.m. |
| PLACE: | Upchurch Watson White & Max<br>1060 Maitland Center Commons, Suite 440<br>Maitland, FL 32751 |
| MEDIATOR: | A. Michelle Jernigan |

DATED this 14th day of May, 2020

CERTIFICATE OF SERVICE

I hereby certify that on 05/14/2020 a copy of the above was sent via Electronic Mail to: J. Kemp Brinson, Esquire, kbrinson@lawyerfightsforyou.com; eomalley@lawyerfightsforyou.com; Richard Smith, Esquire, richard@nejamelaw.com; darlene@nejamelaw.com.

Respectfully submitted,

/s/A. Michelle Jernigan
MICHELLE JERNIGAN, MEDIATOR
Mediator # 647FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL 32751
407-661-1123 phone / 407-661-5743 facsimile
mjernigan@uww-adr.com