**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

YASHICA DAVIS,

      Plaintiff,

v.                                  Case No: 5:19-cv-367-Oc-30PRL

CLERMONT PEDIATRICS, P.A.,

      Defendant.

_____/

## ORDER APPOINTING MEDIATOR
## AND SCHEDULING MEDIATION

      Pursuant to the Court's Order referring this case to mediation and directing the parties to select a Mediator, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that:

      The following individual is hereby **appointed** by the Court to serve as Mediator in this action:

      **Name of Mediator**:             **A. Michelle Jernigan**

      **Date/Time of Mediation:**         **July 15, 2020 at 10:00 a.m.**

      **Place of Mediation:**            **Upchurch, Watson, White & Max**
                                          **1060 Maitland Center Commons,**
                                          **Suite 440**
                                          **Maitland, Florida 32751**

Counsel are **reminded** of their obligations to comply with the provisions in && 4(a) an (b) of the Order of Referral.   The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **five (5) days** following the mediation conference, the Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida, this May 14, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mediator
Counsel/Parties of Record