UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO:  5:19-cv-367-Oc-30-PRL

YASHICA DAVIS,

    Plaintiff,

v.

CLERMONT PEDIATRICS, P.A.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD: Plaintiff Yashica Davis and Defendant Clermont Pediatrics, P.A., by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: July 8, 2020

           */s/ Richard W. Smith*_____
           Richard W. Smith, Esquire
           NeJame Law, P.A.
           Florida Bar No.:  13943
           189 S. Orange Avenue
           Suite 1800
           Orlando, FL  32801
           civilservice@nejamelaw.com
           richard@nejamelaw.com
           laurie@nejamelaw.com
           Telephone:  (407) 500-0000
           Attorney for Defendant

        /s/ J. Kemp Brinson
J. Kemp Brinson
Fla. Bar No. 752541
BLOODWORTH LAW, PLLC
801 N. Magnolia Ave Suite 216
Orlando, FL 32803
407-777-8541
KBrinson@LawyerFightsForYou.com
Counsel for Plaintiff

### Certificate of Service

I certify that on July 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of filing to all CM/ECF participants.

        */s/ Richard W. Smith*
Richard W. Smith
Fla. Bar No. 13943